UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Congressman Robert "Bob" Onder, Richard "Rick" Brattin, Pat Thomas, and Debra Havens

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

State of Missouri and Denny Hoskins, in his official Capacity as Missouri Secretary of State

*(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

**Complaint for a Civil Case**

Case No.
*(to be assigned by Clerk of District Court)*

Plaintiff requests trial by jury:
☐ Yes ☒ No

**CIVIL COMPLAINT**

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Congressman Robert "Bob" Onder |
| Street Address | 2025 Zumbehl #35 |
| City and County | Saint Charles,Saint Charles County |
| State and Zip Code | Missouri, 63303 |
| Telephone Number | (314) 753-6180 |
| E-mail Address | Robertonderjr@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | State of Missouri |
| Job or Title | Attorney General |
| Street Address | 207 W. High Street, P.O. Box 899 |
| City and County | Jefferson City, Cole County |
| State and Zip Code | Missouri, 65102 |
| Telephone Number | (573)751-3321 |
| E-mail Address | agomain@ago.mo.gov |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Richard "Rick" Brattin |
| Street Address | P.O. Box 11513 |
| City and County | Kansas City, Jackson County |
| State and Zip Code | Missouri, 64138 |
| Telephone Number | (816) 695-9907 |
| E-mail Address | Rbrattinjr@gmail.com |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Denny Hoskins |
| Job or Title | Secretary of State |
| Street Address | 600 W. Main Street |
| City and County | Jefferson City, Cole County |
| State and Zip Code | Missouri, 65101 |
| Telephone Number | (573) 751-4936 |
| E-mail Address | sosmain@sos.mo.gov |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Pat Thomas |
| Street Address | 3444 Hobbs Lane |
| City and County | Jefferson City, Cole County |
| State and Zip Code | Missouri, 65109 |
| Telephone Number | (573) 473-6454 |
| E-mail Address | Pat@patthomas.us |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | |
| Job or Title | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Debra Havens |
| Street Address | 12556 Highway 28 West |
| City and County | Vienna, Maries County |
| State and Zip Code | Missouri, 65582 |
| Telephone Number | (573) 308-5817 |
| E-mail Address | dhavens57@aol.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | |
| Job or Title | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### A. Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

United States Constituion Article 1, Section 4, Clause 1; 42 U.S.C. Section 1983; United States Constitution Article 1, Section 2; and, United States Constitution Amendment 14, Section 1.

### B. Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

### C. Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1. The Plaintiff(s)

The plaintiff, *(name)* ______________________________, is a citizen of the State of *(name)* ________________________________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

If the defendant is an individual

The defendant, *(name)* ________________________________, is a citizen

of the State of *(name)* ________________________________ *Or* is a citizen

of *(foreign nation)* ____________________________________________.

If the defendant is a corporation

The defendant, *(name)* ________________________________________.

is incorporated under the laws of the State of *(name)*

____________________________________, and has its principal place of

business in the State of *(name)* ________________________________ *Or*

is incorporated under the laws of the State of *(foreign nation)*

______________________________________, and has its principal place

of business in *(name)* ________________________________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

On September 12, 2025, the Missouri General Assembly passed House Bill 1 ("HB1"), which replaced Missouri's 2022 congressional-district map. Under the 2022 map, Cole County is in the Third Congressional District; under HB1, it is in the Fifth Congressional District.
On December 9, 2025, People Not Politicians submitted a referendum petition concerning HB1 to Defendant, the Missouri Secretary of State. On August 4, 2026, Defendant declared the petition insufficient.
Missouri Conducted its August 4, 2026 primary elections using the HB1 districts. More than 1.2 million Missourians voted under that map. Plaintiffs Thomas and Havens both voted in the Fifth Congressional district. Plaintiff Onder won the Republican comination for the Third Congressional District, and Plaintiff Brattin won the Republican nomination of the Fifth Congressional Dostroct after campaigning to voters in the HB1 Fifth District.
On September 3, 2026, the Missouri Supreme Court ordered Missouri's November 3, 2026 general election to be conducted under the 2022 districts rather than the HB1 districts used in the primary. Defendant is responsible for administering the election and, unless restrained, will conduct and certify the general election using the 2022 map. Continued on Extra Page.

## IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

Declare that Defendants' failure to use the HB1 Congressional maps in the general election is unconstitutional. Issue temporary, preliminary, and permanent injunctive relief to prevent Defendants from using any Congressional Map other than the HB1 map.

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☒ No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☐ No ☒

Do you claim punitive monetary damages?

Yes ☐ No ☒

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ________ day of ____________________, 20 _____.

Signature of Plaintiff(s) ________________________________

________________________________

Consequently, Missouri will use different congressional districts for the primary and general elections for the same offices. Hundreds of thousands of voters will be placed in different districts for the general election than the districts in which they voted during the primary. Cole county voters, including Thomas and Havens, voted in the Fifth District Primary but will be required to vote in the Third District in the General Election.

Thomas's and Havens's primary vote helped select the Fifth District nominees, but she will not be permitted to vote for or against those nominees in the general election. Instead, she must vote among Third District nomineees whom she had no opportunity to support or oppose in the primary.

Onder and Brattin won their nominations by campaigning to the voters assigned to their respective districts under HB1. They must now campaign before materially different electorates, including voters whom they did not have an opportunity to address during the primary, and must expend additional time and campaign resources because of the change.

By administering the November 3 election under different districts from those used in the August 4 primary, Defendant will prevent Thomas from completing the election process in the district in which she cast her primary vote and will require Onder and Brattin to stand for election before electorates materially different from those that selected them as nominees.