**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| CONGRESSMAN ROBERT "BOB" ONDER, RICHARD "RICK" BRATTIN, and PAT THOMAS, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. ________________ |
| STATE OF MISSOURI and DENNY HOSKINS, in his official Capacity as Missouri Secretary of State, | ) | |
| Defendants. | ) | |

**<u>Disclosure Statement</u>**

Pursuant to Local Rule 2.09, and Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4, the undersigned discloses the following information about <u>Plaintiffs Congressman Robert "Bob" Onder, Richard "Rick" Brattin, Patricia "Pat: Thomas and Debra Havens</u>:

1. If the subject is a nongovernmental corporation that is a party, intervenor, or proposed intervenor in a civil or criminal case,

a. Whether it is publicly traded, and if it is, on which exchange(s):

N/A

b. Its parent companies or corporations (if none, state "none"):

N/A

c. Subsidiaries that are not wholly owned by the subject (if none, state "none"):

N/A

d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):

N/A

2. If the subject is a party, intervenor, or proposed intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

N/A

3. If the subject is an organizational victim in a criminal case,

a. The victim's identity N/A________________________________

b. If the victim is a corporation,

1. Whether it is publicly traded, and if it is, on which exchange(s):

   N/A

2. Its parent companies or corporations (if none, state "none"):

   N/A

3. Subsidiaries that are not wholly owned by the subject (if none, state "none"):

   N/A

4. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):

   N/A

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, which means no later than seven (7) days of the change or event. E.D.Mo. L.R. 2.09(A)(2) and (B)(2); Fed. R. Civ. P. 7.1(a)(2)(B) and (b)(2); Fed. R. Crim. P.
12.4(b)(2).

**ELLINGER BELL LLC**

By: */s/ Marc H. Ellinger*

Marc H. Ellinger, #40828(MO)
Stephanie S. Bell, #61855(MO)
Cole D. Bradbury, #62760(MO)
308 East High Street, Suite 300
Jefferson City, MO 65101
Telephone: (573) 750-4100
Facsimile: (314) 334-0450
E-mail: mellinger@ellingerlaw.com
E-mail: sbell@ellingerlaw.com
E-mail: cbradbury@ellingerlaw.com

*Attorneys for Plaintiffs*

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure Statement was served by email on counsel for all parties on: September 4, 2026.

/s/ Marc H. Ellinger
Marc H. Ellinger
Counsel for Plaintiff