UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| CONGRESSMAN ROBERT "BOB" ONDER , RICHARD "RICK" BRATTIN, PAT THOMAS, AND DEBRA HAVENS , Plaintiff, | ) | |
| v. | ) | Case No. |
| STATE OF MISSOURI AND DENNY HOSKINS AS MISSOURI SECRETARY OF STATE , Defendant, | ) | |

**ORIGINAL FILING FORM**

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

☐ THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER ________________ AND ASSIGNED TO THE HONORABLE JUDGE ________________________.

☒ THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY PREVIOUSLY FILED COMPLAINT. THE RELATED CASE NUMBER IS 4:25-CV-1535-ZMB AND THAT CASE WAS ASSIGNED TO THE HONORABLE Zachary M. Bluestone. THIS CASE MAY, THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

☐ NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE MAY BE OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date: 4 Sep 2026

Signature of Filing Party