**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| CONGRESSMAN ROBERT "BOB" ONDER, RICHARD "RICK" BRATTIN, PAT THOMAS, and DEBRA HAVENS<br><br>Plaintiffs,<br>v.<br><br>STATE OF MISSOURI and DENNY HOSKINS, in his official Capacity as Missouri Secretary of State,<br><br>Defendants. | ) | Case No. ________________ |

## MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiffs Congressman Robert "Bob" Onder, Richard "Rick" Brattin, Pat Thomas and Debra Havens respectfully move, *with notice* to Defendants State of Missouri and Denny Hoskins, in his official capacity as Missouri Secretary of State (collectively, the "Secretary"), for a temporary restraining order and preliminary injunction enjoining the Secretary from implementing, using, or mandating the use of the congressional districts ordered in *Von*

*Glahn v. Hoskins*, --- S.W.3d --- (Mo. banc Sept. 3, 2026), for the November 3, 2026 general election, and requiring the Secretary to conduct that election using the congressional districts established by House Bill 1 ("HB1"), under which the August 4, 2026 primary election was conducted. In support thereof, Plaintiffs submit their Complaint filed herewith. Plaintiffs further request that such injunction:

1. Specifically enjoin the Secretary from implementing, using, publishing, distributing, or mandating the use of any congressional district map other than the HB1 map for the November 3, 2026 general election;

3. Apply to the Secretary, together with his officers, agents, employees, and attorneys, and all other persons acting in active concert with him, see Fed. R. Civ. P. 65(d)(2); and

4. Require the Secretary to post prominent public notice thereof on the Missouri Secretary of State's website (www.sos.mo.gov).

5. Plaintiffs state that notice of this Motion was provided to the Secretary by email to William Seidleck on September 4, 2026.

Given the imminence of the November 3, 2026 general election, Plaintiffs respectfully request that the Court set this matter for a temporary restraining order and preliminary injunction hearing as expeditiously as possible, as further set forth in Plaintiffs' contemporaneously filed Motion to Expedite.

Respectfully submitted,

**ELLINGER BELL LLC**

By: */s/ Marc H. Ellinger*
Marc H. Ellinger, #40828(MO)
Stephanie S. Bell, #61855(MO)
Cole D. Bradbury, #62760(MO)
308 East High Street, Suite 300
Jefferson City, MO 65101
Telephone: (573) 750-4100
Facsimile: (314) 334-0450
E-mail: mellinger@ellingerlaw.com
E-mail: sbell@ellingerlaw.com
E-mail: cbradbury@ellingerlaw.com

*Attorneys for Plaintiffs*