**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| CONGRESSMAN ROBERT "BOB" ONDER, RICHARD "RICK" BRATTIN, PAT THOMAS, and DEBRA HAVENS<br><br>Plaintiffs,<br>v.<br><br>STATE OF MISSOURI and DENNY HOSKINS, in his official Capacity as Missouri Secretary of State,<br><br>Defendants. | ) | Case No. ________________ |

**MOTION TO EXPEDITE**

Plaintiffs Congressman Robert "Bob" Onder, Richard "Rick" Brattin, Pat Thomas and Debra Havens respectfully request that the Court set an expedited briefing and hearing schedule on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, filed contemporaneously herewith. For the reasons set forth in that Motion and the accompanying Complaint, Plaintiffs will suffer irreparable harm absent immediate relief.

On September 3, 2026, the Missouri Supreme Court decided *Von Glahn v. Hoskins*, --- S.W.3d --- (Mo. banc Sept. 3, 2026), ordering the Missouri

Secretary of State to conduct the November 3, 2026 general election using congressional districts different from the districts used in the August 4, 2026 primary election. If implemented, that order will require Missouri to hold its general election for the United States House of Representatives using different congressional maps than those used in the primary election for the same offices, disrupting an active federal election and depriving Plaintiffs of rights secured by the United States Constitution, as set forth in the Complaint.

Given the proximity of the November 3, 2026 general election and the imminent commencement of military voting under UOCAVA, absentee voting, and early voting, Plaintiffs respectfully request that the Court resolve Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction as expeditiously as possible.

Respectfully submitted,

**ELLINGER BELL LLC**

By: *<u>/s/ Marc H. Ellinger</u>*

Marc H. Ellinger, #40828(MO)
Stephanie S. Bell, #61855(MO)
Cole D. Bradbury, #62760(MO)
308 East High Street, Suite 300
Jefferson City, MO 65101
Telephone: (573) 750-4100
Facsimile: (314) 334-0450
E-mail: mellinger@ellingerlaw.com
E-mail: sbell@ellingerlaw.com
E-mail: cbradbury@ellingerlaw.com

*Attorneys for Plaintiffs*