UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
ST. LOUIS, MISSOURI

| | | |
|---|---|---|
| ROBERT "BOB" ONDER, et al. | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| -vs- | ) | No. 4:26-cv-01424-SRC |
| | ) | |
| STATE OF MISSOURI, et al., | ) | |
| | ) | |
| *Defendants*, | ) | |

**ENTRY OF APPEARANCE**

Deputy Solicitor General Graham Miller enters his appearance on behalf of Defendants.

Dated: September 5, 2026

Respectfully submitted,

**CATHERINE L. HANAWAY**
**Missouri Attorney General**

*/s/Graham Miller*

Graham Miller #77656
*Deputy Solicitor General*
Office of Missouri Attorney General
815 Olive Street, Suite 200
St. Louis, MO 63101
(314) 340-7652 Phone
Graham.Miller@ago.mo.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2026, the foregoing Entry of Appearance was filed electronically using the Court's electronic filing system, which sends notification to all counsel of record.

*/s/Graham Miller*