**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| CONGRESSMAN ROBERT "BOB" ONDER, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 4:26-cv-01424 |
| STATE OF MISSOURI *et al.*, | ) | |
| Defendants. | ) | |

**VERIFICATION OF RICHARD VON GLAHN**

I, Richard von Glahn, hereby declare as follows:

1. I am the Executive Director of People Not Politicians ("PNP"). I am a citizen of the State of Missouri, a resident of St. Louis County, a taxpayer, and a qualified voter registered to vote in the State of Missouri.

2. I have personal knowledge of the facts set forth in the Verified Motion to Intervene as Defendants and the Memorandum of Law in Support thereof.

3. On December 9, 2025, acting on behalf of PNP, I submitted a referendum petition on House Bill 1 to the Missouri Secretary of State. PNP collected over 300,000 signatures from Missouri voters in support of the referendum.

4. In October 2025, the Missouri General Assembly, Secretary of State Hoskins, and the State of Missouri filed a federal lawsuit in this Court naming me and PNP as the sole defendants, seeking to enjoin us from pursuing the referendum. See Missouri Gen. Assembly v. von Glahn, No. 4:25-CV-1535-ZMB (E.D. Mo.). That action was dismissed on ripeness and abstention grounds in December 2025, but the State's own pleadings identified me and PNP as the indispensable parties to any litigation over the referendum on HB 1.

5. On November 24, 2025, counsel for Plaintiffs in this action filed an amicus brief in the 2025 federal case on behalf of the Missouri Republican State Committee, supporting the State's motion for a preliminary injunction against me and PNP. The same counsel subsequently represented the Republican National Committee, National Republican Congressional Committee, and Missouri Republican State Committee as intervenors-respondents before the Missouri Supreme Court in *von Glahn v. Hoskins*.

6. On August 4, 2026, the Missouri Secretary of State issued a certificate of insufficiency regarding the referendum petition, finding that the Missouri Constitution does not authorize a referendum on congressional redistricting.

7. I challenged the Secretary's certificate of insufficiency in the Circuit Court of Cole County, Missouri, in the case styled *von Glahn v. Hoskins*, No. 26AC-CC00440.

8. On September 3, 2026, the Missouri Supreme Court reversed the Secretary's certification and ordered the Secretary to issue a certificate of sufficiency, to place the referendum on the November 2026 ballot, and to refrain from implementing or mandating the use of the HB 1 congressional map for the November 3, 2026 general election unless and until HB 1 is approved by the voters. *von Glahn v. Hoskins*, No. SC101805 (Mo. banc Sept. 3, 2026).

9. On September 3, 2026, the Attorney General applied to the Missouri Supreme Court for a stay of its decision. The Missouri Supreme Court denied the stay application on September 4, 2026.

10. The Secretary of State has filed an emergency application for a stay with the United States Supreme Court. *See Hoskins v. von Glahn*, No. 26A304 (U.S.). I have reviewed that application, which says the unanimous decision of the Missouri Supreme Court was “bizarre” and “profoundly anti-democratic.” The Republican National

Committee, National Republican Congressional Committee, and Missouri Republican State Committee have filed a brief supporting the Secretary's stay application. Plaintiffs' counsel in this action filed that supporting brief on the same evening this Complaint was filed.

11. Plaintiffs filed this action on September 4, 2026—within hours of the Missouri Supreme Court's denial of the stay—seeking a temporary restraining order and preliminary injunction requiring the Secretary to use the HB 1 map for the November 2026 general election.

12. PNP and I have a direct, substantial, and legally protectable interest in the outcome of this case. If Plaintiffs succeed in obtaining an injunction requiring the use of the HB 1 map for the November 2026 general election, it would effectively nullify the Missouri Supreme Court's judgment in our favor and render the referendum unquestionably authorized by state law to be meaningless. I intend to defend this case aggressively and to use counsel at the firm of Stinson, LLP who have ably represented me in the previous matters referred herein, including at the Missouri Supreme Court.

13. The existing defendants in this case—the State of Missouri and Secretary of State Hoskins—cannot adequately represent our interests. The Defendant Secretary opposed our referendum petition, issued the certificate of insufficiency that we successfully challenged, and is currently seeking a stay of the Missouri Supreme Court's decision at the United States Supreme Court. And both Defendants previously sued to prevent the referendum from being delivered in the first place.

14. The facts set forth in the Verified Motion to Intervene and accompanying Memorandum of Law in Support are true and correct to the best of my knowledge, information, and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 5th, 2026.

Richard von Glahn
Executive Director, People Not Politicians