**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| CONGRESSMAN ROBERT "BOB" ONDER, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 4:26-cv-01424 |
| STATE OF MISSOURI, *et al.*, | ) | |
| Defendants. | ) | |

**ORDER GRANTING PROPOSED INTERVENOR-DEFENDANTS' MOTION TO INTERVENE**

Before the Court is the Motion to Intervene as Defendants filed by People Not Politicians ("PNP") and Richard von Glahn (collectively, "Proposed Intervenors") pursuant to Federal Rules of Civil Procedure 24(a)(2) and 24(b)(1)(B). The Court, having considered the motion, the memorandum in support thereof, and the record in this case, finds that Proposed Intervenors have satisfied the requirements of Federal Rule of Civil Procedure 24(a)(2) and are entitled to intervene as of right. Alternatively, the Court finds that Proposed Intervenors have satisfied the requirements of Federal Rule of Civil Procedure 24(b)(1)(B) and would be granted permissive intervention if necessary.

Accordingly, **IT IS HEREBY ORDERED** as follows:

1. The Motion to Intervene filed by People Not Politicians and Richard von Glahn is **GRANTED**.

2. People Not Politicians and Richard von Glahn are permitted to intervene as Intervenor-Defendants in this action and to participate fully in these proceedings, including any hearings on Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction.

3. The Clerk of Court is directed to add People Not Politicians and Richard von Glahn as Intervenor-Defendants on the docket of this case.

4. Proposed Intervenor-Defendants' Motion to Dismiss attached as an Exhibit to their Motion to Intervene is deemed filed as of the date of this Order.

**IT IS SO ORDERED.**

______________________________
UNITED STATES DISTRICT JUDGE

Dated: _____________