UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CONGRESSMAN ROBERT "BOB" ONDER et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 4:26-cv-01424-SRC |
| STATE OF MISSOURI and DENNY HOSKINS, | ) | |
| Defendants. | ) | |

**Order**

On September 4, 2026, Plaintiffs Congressman Robert "Bob" Onder, Brattin Richard, Patricia Thomas, and Debra Havens filed a motion for a temporary restraining order and preliminary injunction, doc. 2, seeking to enjoin the Missouri Secretary of State from using the congressional districts ordered by the Missouri Supreme Court's decision in *von Glahn v. Hoskins*, --- S.W.3d ---, No. SC101805 (Mo. Sep. 3, 2026) (en banc).

The Court orders the parties (and any putative or actual intervenors) to, no later than 12:00 p.m. Central Daylight Time on September 7, 2026, file separate supplemental briefs analyzing (1) whether federal abstention doctrines or the *Rooker-Feldman* doctrine apply*, see Dist. of Columbia Ct. of Appeals v. Feldman*, 460 U.S. 462 (1983), and (2) the impact that a Supreme Court ruling on the pending Emergency Application for Stay and Administrative Stay Pending Appeal in *Hoskins v. von Glahn*, No. 26A304, would have on this case. All supplemental briefs must not exceed ten pages, double-spaced.

So ordered this 5th day of September 2026.

STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE