UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CONGRESSMAN ROBERT "BOB" ONDER et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF MISSOURI and DENNY HOSKINS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:26-cv-01424-SRC |

**<u>Order</u>**

On September 5, 2026, People Not Politicians and Richard von Glahn moved to intervene as defendants in this action, either as of right or by permissive intervention. Doc. 12; *see* doc. 12-1 at 9–14 (The Court cites to page numbers as assigned by CM/ECF.). The proposed intervenors also filed a motion to dismiss. Doc. 12-4.

The Court orders the parties to, no later than 12:00 p.m. Central Daylight Time on September 6, 2026, respond to (1) the proposed intervenors' motion to intervene, doc. 12; (2) any other motions to intervene filed in the interim; and (3) the intervenors' proposed motion to dismiss, doc. 12-4.

So ordered this 5th day of September 2026.

STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE