**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| CONGRESSMAN ROBERT "BOB" ONDER, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 4:26-cv-01424 |
| STATE OF MISSOURI, *et al.*, | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

Greta M. Bax of Stinson LLP enters her appearance on behalf of Proposed Intervenors People Not Politicians and Richard von Glahn.

Respectfully submitted

**STINSON LLP**

*/s/ Greta M. Bax*
Greta M. Bax, No. 73354
230 W. McCarty Street
Jefferson City, Missouri 65101
Phone: (573) 636-6263
Facsimile: (573) 636-6231
greta.bax@stinson.com

Attorneys for Proposed Intervenors

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2026, the foregoing was filed electronically using the Court's electronic filing system, which will automatically serve a copy of same on all counsel of record.

*/s/ Greta M. Bax*