**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| Congressman Robert "Bob" Onder, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:26-cv-01424 |
| | ) | |
| State of Missouri, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09, and Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4, the undersigned discloses the following information about Proposed Intervenor People Not Politicians.

1. If the subject is a nongovernmental corporation that is a party, intervenor, or proposed intervenor in a civil or criminal case,

a. Whether it is publicly traded, and if it is, on which exchange(s):

Not publicly traded

b. Its parent companies or corporations:

None

c. Subsidiaries that are not wholly owned by the subject:

None

d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock"

None

2. If the subject is a party, intervenor, or proposed intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and

citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

N/A (Plaintiffs Do Not Claim Diversity Jurisdiction)

3. If the subject is an organizational victim in a criminal case"

N/A

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, which means no later than seven (7) days of the change or event. E.D.Mo. L.R. 2.09(A)(2) and (B)(2); Fed. R. Civ. P. 7.1(a)(2)(B) and (b)(2); Fed. R. Crim. P. 12.4(b)(2).

*/s/ Alixandra S. Cossette*
Signature (Counsel for Proposed Intervenor)
Print Name: Alixandra S. Cossette
Address: 230 W. McCarty Street
City/State/Zip: Jefferson City, MO 65101
Phone: 573.556.3612

**Certificate of Service**

I hereby certify that on September 6, 2026, a true copy of the foregoing was filed with the Court's electronic filing system, which will automatically serve a copy of same on all counsel of record.

*/s/ Alixandra S. Cossette*
Signature