**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| ROBERT "BOB" ONDER, ET AL.,<br><br>*Plaintiffs*,<br><br>v.<br><br>STATE OF MISSOURI, ET AL.,<br><br>*Defendants*. | Case No. 4:26-cv-01424-SRC |

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS CLAIMS AGAINST THE STATE OF MISSOURI**

Before the Court is Defendants' Motion to Dismiss Claims Against the State of Missouri. Having considered the motion and the record in this case,

IT IS HEREBY ORDERED that the Motion to Dismiss is GRANTED. Plaintiffs' claims against the State of Missouri are DISMISSED WITHOUT PREJUDICE. Plaintiffs' claims against Secretary Hoskins, in his official capacity, remain.

So ordered this ___ day of September 2026.

_______________________________

STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE