UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CONGRESSMAN ROBERT "BOB" ONDER et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF MISSOURI and DENNY HOSKINS,<br><br>Defendants. | ) | Case No. 4:26-cv-01424-SRC |

**Order**

On September 5, 2026, People Not Politicians and Richard von Glahn moved for leave to intervene as defendants in this action, either as of right or by permissive intervention. Doc. 12; *see* doc. 12-1 at 9–14 (The Court cites to page numbers as assigned by CM/ECF.).

Rule 24(b) permits a party to intervene through a timely motion if it "has a claim or defense that shares . . . a common question of law or fact" with the suit. Fed. R. Civ. P. 24(b)(1)(B). The proposed intervenor must also have "an independent ground for jurisdiction." *Flynt v. Lombardi*, 782 F.3d 963, 966 (8th Cir. 2015) (footnote and citation omitted).

The Court finds that the proposed intervenors have satisfied the requirements of Federal Rule of Civil Procedure 24(b)(1)(B). Neither Plaintiffs nor Defendants oppose intervention. *See* doc. 19 at 15; doc. 20 at 2 n.1. The Court grants permissive intervention and therefore need not reach intervention as of right.

Accordingly, the Court grants the intervenors' [12] Motion to Intervene as Defendants. The Court directs the Clerk of Court to (1) add People Not Politicians and Richard von Glahn as Intervenor-Defendants on the docket of this case, and (2) file the intervenors' Motion to Dismiss

Complaint and Combined Memorandum in Support, doc. 12-4, as a separate document, deemed filed as of the date of this Order.

So ordered this 8th day of September 2026.

STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE