**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| CONGRESSMAN ROBERT "BOB" ONDER, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 4:26-cv-01424-SRC |
| STATE OF MISSOURI *et al.*, | ) | |
| Defendants. | ) | |

**EMERGENCY NOTICE OF APPEAL**

Notice is hereby given that Intervenor-Defendants Richard von Glahn and People Not Politicians hereby file an emergency appeal to the United States Court of Appeals for the Eighth Circuit from the Order Granting Plaintiffs' Motion for Temporary Restraining Order (Doc. 35), entered on September 8, 2026.

Respectfully submitted,

**STINSON LLP**

*/s/ Alixandra S. Cossette*

Charles W. Hatfield, No. 40363
Jeremy A. Root, No. 59451
Alexander C. Barrett, No. 68695
Alixandra S. Cossette, No. 68114
Greta M. Bax, No. 73354
230 W. McCarty Street
Jefferson City, Missouri 65101
Phone: (573) 636-6263
Facsimile: (573) 636-6231
chuck.hatfield@stinson.com
jeremy.root@stinson.com
alexander.barrett@stinson.com
alix.cossette@stinson.com
greta.bax@stinson.com

*Attorneys for Intervenor-Defendants*
*People Not Politicians and Richard von Glahn*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2026, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Alixandra S. Cossette*
Alixandra S. Cossette