UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
ST. LOUIS, MISSOURI

| | |
|---|---|
| ROBERT "BOB" ONDER, et al. | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| -vs- | ) No. 4:26-cv-01424-SRC |
| | ) |
| STATE OF MISSOURI, et al., | ) |
| | ) |
| *Defendants*, | ) |

**ENTRY OF APPEARANCE**

Deputy Solicitor General J. Michael Patton enters his appearance on behalf of Defendants.

Dated: September 8, 2026

Respectfully submitted,

**CATHERINE L. HANAWAY**
**Missouri Attorney General**

*/s/ J. Michael Patton*
J. Michael Patton, #76490
*Deputy Solicitor General*
615 E. 13th Street, Suite 401
Kansas City, Missouri 64106
(816) 889-2250 Phone
(573) 751-0774 Fax
Michael.Patton@ago.mo.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2026, the foregoing Entry of Appearance was filed electronically using the Court's electronic filing system, which sends notification to all counsel of record.

*/s/ J. Michael Patton*