**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| CONGRESSMAN ROBERT "BOB" ONDER ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> STATE OF MISSOURI AND DENNY HOSKINS, <br><br> *Defendants*. | CASE NO. 4:26-CV-01424-SRC |

**DEFENDANT'S
MOTION TO ENJOIN THE MISSOURI SUPREME COURT PURSUANT TO THE ALL WRITS ACT**

Defendant, Denny Hoskins, in his official capacity as Missouri Secretary of State, respectfully moves this Court to enjoin the Supreme Court of Missouri from holding the Secretary in contempt of court for implementing, using, distributing, and/or mandating the use of the HB 1 congressional district map in the November 3, 2026 election—as ordered by this Court. For the reasons explained in the accompanying memorandum in support of this motion, such relief is both authorized by the All Writs Act, 28 U.S.C. § 1651, and consistent with the Anti-Injunction Statute, 28 U.S.C. § 2283.

Dated: September 9, 2026

Respectfully submitted,

**CATHERINE L. HANAWAY**
ATTORNEY GENERAL

/s/ *Louis J. Capozzi III*

Louis J. Capozzi III, #77756(MO)
*Solicitor General*
William James Seidleck, #77794(MO)
*Principal Deputy Solicitor General*
Graham Miller, #77656(MO)
*Deputy Solicitor General*
J. Michael Patton, #76490 (MO)
*Deputy Solicitor General*

OFFICE OF THE ATTORNEY GENERAL
Old Post Office Building
815 Olive Street, Suite 200
St. Louis, MO 63101
Phone: (573) 645-9662
Louis.Capozzi@ago.mo.gov
William.Seidleck@ago.mo.gov
Graham.Miller@ago.mo.gov
Michael.Patton@ago.mo.gov

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026 the foregoing was filed electronically through the Court's electronic filing system to be served electronically on counsel for all parties.

s/ *Louis J. Capozzi III*