**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| CONGRESSMAN ROBERT "BOB" ONDER ET AL.,<br><br>*Plaintiffs*,<br><br>v.<br><br>STATE OF MISSOURI AND DENNY HOSKINS,<br><br>*Defendants*. | CASE NO. 4:26-CV-01424-SRC |

**DEFENDANT'S
MOTION TO EXPEDITE CONSIDERATION OF DEFENDANT'S MOTION TO ENJOIN THE MISSOURI SUPREME COURT PURSUANT TO THE ALL WRITS ACT**

Defendant, Denny Hoskins, in his official capacity As Missouri Secretary of State, respectfully moves this Court to set an expedited briefing schedule on the State's Motion to Enjoin the Missouri Supreme Court, filed contemporaneously herewith. The Missouri Supreme Court has ordered that the Secretary show cause why he should not be held in contempt prior to noon on September 9, 2026, and set a hearing on the show cause order on September 10, 2026, at 10:00 a.m. Even if the Missouri Supreme Court does not hold the Secretary in contempt, the ongoing voter confusion and disruption of preparations for the November 3, 2026 general election inflict irreparable harm on the State and threaten the constitutional rights of Missouri voters, for the reasons laid out in the suggestions in support of the State's motion and the Court's October 8 order.

For the foregoing reasons, Defendant respectfully requests that the Court resolve the State's Motion to Enjoin the Missouri Supreme Court as expeditiously as possible, but in any event prior to 10:00 a.m. on September 10, 2026.

Dated: September 9, 2026

Respectfully submitted,

**CATHERINE L. HANAWAY**
ATTORNEY GENERAL

/s/ *Louis J. Capozzi III*
Louis J. Capozzi III, #77756(MO)
*Solicitor General*
William James Seidleck, #77794(MO)
*Principal Deputy Solicitor General*
Graham Miller, #77656(MO)
*Deputy Solicitor General*
J. Michael Patton, #76490 (MO)
*Deputy Solicitor General*

OFFICE OF THE ATTORNEY GENERAL
Old Post Office Building
815 Olive Street, Suite 200
St. Louis, MO 63101
Phone: (573) 645-9662
Louis.Capozzi@ago.mo.gov
William.Seidleck@ago.mo.gov
Graham.Miller@ago.mo.gov
Michael.Patton@ago.mo.gov

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026 the foregoing was filed electronically through the Court's electronic filing system to be served electronically on counsel for all parties.

s/ *Louis J. Capozzi III*