# Supreme Court of Missouri

SC101805

September 8, 2026

Richard von Glahn,
Appellant,

vs.

Denny Hoskins, in His Official Capacity, et al.,
Respondents.

**Order**

Respondent Denny Hoskins is hereby ordered to show cause, if any, why he should not be held in contempt for violating this Court's injunction dated September 3, 2026, entered before the statutory deadline of September 8, 2026, and before the temporary restraining order entered by the United States District Court for the Eastern District of Missouri of that same date. Respondent is ordered to specifically address why: (1) his e-mail on September 8, 2026, instructing use of the HB 1 map is not an affirmative violation of this Court's injunction; (2) how this Court's injunction is not still in full force and effect in light of the Supreme Court of the United States' overruling of Respondent's emergency application for stay and administrative stay pending appeal; and (3) if he is not willing to comply with this Court's injunction, he should take no action in all things related to the congressional district map until guidance is received from a higher court with jurisdiction to review this Court's judgment and injunction and the United States district court's injunction, *see* 28 U.S.C. § 1257; *Ballinger v. Culotta*, 322 F.3d 546, 548 (8th Cir. 2003).

Respondent's response is due on or before 12:00 p.m., September 9, 2026. Movant Richard von Glahn's response, if any, is due on or before 4:00 p.m., September 9, 2026. The Court will not allow filings from any other parties on this matter or allow for any briefing or filings from amicus curiae. Oral argument on this matter is set for September 10, 2026, at 10:00 a.m. Respondent Denny Hoskins is ordered to appear in person.

By: ______________________________
Chief Justice

Not an Official Court Document