UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CONGRESSMAN ROBERT "BOB" ONDER et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 4:26-cv-01424-SRC |
| STATE OF MISSOURI and DENNY HOSKINS, | ) | |
| Defendants. | ) | |

**<u>Order</u>**

On September 9, 2026, Defendant Denny Hoskins moved this Court to enjoin the Missouri Supreme Court under the All Writs Act, 28 U.S.C. § 1651. *See* docs. 41, 43. He then filed a motion asking that the Court expedite its briefing schedule on the first motion, doc. 42 at 1 (The Court cites to page numbers as assigned by CM/ECF.), and resolve the pending motion to enjoin before "10:00 a.m. on September 10, 2026," *id.* at 2.

Accordingly, the Court orders Intervenor-Defendants to, no later than 5:00 p.m. Central Daylight Time on September 9, 2026, file their response to Hoskins's Motion to Enjoin the Missouri Supreme Court Pursuant to the All Writs Act, doc. 41.

So ordered this 9th day of September 2026.

STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE