UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CONGRESSMAN ROBERT "BOB" ONDER et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF MISSOURI and DENNY HOSKINS,<br><br>Defendants. | ) | Case No. 4:26-cv-01424-SRC |

**Order**

On September 9, 2026, Defendant Denny Hoskins moved this Court to, on an expedited schedule, enjoin the Supreme Court of Missouri under the All Writs Act, 28 U.S.C. 1651. *See* docs. 41–43. For the reasons discussed below, the Court denies Hoskins's motion.

The Supreme Court of Missouri decided only issues of state law. *See von Glahn v. Hoskins*, No. SC101805, 2026 WL 2628846, at *2 n.5 (Mo. Sep. 3, 2026) (en banc). This Court decided only issues of federal law. *See* doc. 35. Under this country's longstanding jurisprudential principles, that court and this Court accord each other comity.

Numerous considerations counsel this Court against enjoining a state court of last resort, particularly before it even conducts a hearing. For starters, the Supreme Court of Missouri is a fellow court, and a court of a separate sovereign. And enjoining another court's hearing is an extraordinary measure that pretermits that court's decision—that court could deny the relief requested, or hold any ruling in abeyance pending further federal proceedings.

This Court recognizes the predicament in which Secretary Hoskins finds himself. This Court is confident that the Supreme Court of Missouri does, as well. This Court is equally

confident that both courts will accord each other comity, and that the Supreme Court will soon weigh in on Intervenor-Defendants' application for stay. *See People Not Politicians v. Onder*, No. 26A326 (U.S. Sep. 9, 2026). And both courts doubtless have abiding respect for state sovereignty and the Supremacy Clause.

No profit would be gained by upsetting the federalism and comity principles at hand, and the Court need not reach the other issues raised in the instant motion. The Court therefore denies the Defendant's [41] Motion to Enjoin the Missouri Supreme Court Pursuant to the All Writs Act. The Court denies Defendant's [42] motion to expedite as moot.

So ordered this 9th day of September 2026.

STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE