**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| CONGRESSMAN ROBERT "BOB" ONDER, RICHARD "RICK" BRATTIN, PATRICIA "PAT" THOMAS, and DEBRA HAVENS, | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 4:26-cv-01424-SRC |
| v. | ) | |
| STATE OF MISSOURI and DENNY HOSKINS, in his official Capacity as Missouri Secretary of State, | ) | |
| Defendants. | ) | |

**NOTICE OF CROSS-APPEAL**

Notice is given that Plaintiffs Congressman Robert "Bob" Onder, Richard "Rick" Brattin, Patricia "Pat" Thomas, and Debra Havens hereby cross-appeal to the United States Court of Appeals for the Eighth Circuit from the Memorandum and Order dated September 8, 2026 [Doc. #35].

Specifically, Plaintiffs appeal the Order insofar as it denies their request for a temporary restraining order on their claim under the Elections Clause, U.S. Const. art. I, § 4, cl. 1. The Court found that

Plaintiffs were not likely to succeed on that claim. See Doc. #35 at 6–7. Plaintiffs seek review of that adverse ruling.

Respectfully submitted,

**ELLINGER BELL LLC**

By: /s/ Marc H. Ellinger
Marc H. Ellinger, #40828(MO)
Stephanie S. Bell, #61855(MO)
Cole D. Bradbury, #62760(MO)
308 East High Street, Suite 300
Jefferson City, MO 65101
Telephone: (573) 750-4100
Facsimile: (314) 334-0450
E-mail: mellinger@ellingerlaw.com
E-mail: sbell@ellingerlaw.com
E-mail: cbradbury@ellingerlaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, the foregoing Plaintiffs' Notice of Cross-Appeal was filed electronically using the Court's electronic filing system, which sends notification to all counsel of record.

/s/ Marc H. Ellinger