US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** Onder et al v. State of Missouri et al

**USCA#:**

**Case Number:** 4:26-CV-01424-SRC

**Plaintiff:** ROBERT ONDER, et al.

**Defendant:** STATE OF MISSOURI, et al.

**Attorney:**

Stephanie Bell (for pla)
308 E. High Street
Suite 300
Jefferson City, MO 65101
Ph: 573-750-4100 Fax:
Email: sbell@ellingerlaw.com

Marc H. Ellinger (for pla)
308 E. High Street
Suite 300
Jefferson City, MO 65101
Ph: 573-750-4100 Fax:
Email: mellinger@ellingerlaw.com

**Attorney:**

SEE DOCKET SHEET

**Court Reporter(s):**

NONE

Please return files and documents to:

Clerk for Eastern District of Missouri

Person to contact about the appeal:

Jason Dockery at 314-244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | PAID | None | No |
| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
| Yes | Yes | No | No |

**Criminal Cases/Prisoner Pro Se Cases Only:**

Is defendant incarcerated?: No Where:

**Please list all other defendants in this case if there were multiple defendants:**