**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

September 11, 2026

Marc Henry Ellinger
ELLINGER & BELL
Suite 300
308 E. High Street
Jefferson City, MO 65101

RE: 26-2827 Congressman Robert Onder, et al v. State of Missouri, et al

Dear Counsel:

The District Court clerk has transmitted a notice of cross-appeal, together with notification of payment of the docket fee. In accordance, with the Federal Rules of Appellate Procedure and Eighth Circuit Rules, this cross-appeal has today been assigned the docket number indicated.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/pscof/login.xhtml. Questions about CM/ECF may be addressed to the Clerk's office.

Susan E. Bindler
Clerk of Court

EDG

Enclosure(s)

cc: Alexander C. Barrett
Greta M. Bax
Stephanie S. Bell
Cole David Bradbury
Louis Joseph Capozzi III
Clerk, U.S. District Court, Eastern District of Missouri

Alixandra S. Cossette
Charles W. Hatfield
Graham D. Miller
John Michael Patton
Jeremy A. Root
William James Seidleck

District Court/Agency Case Number(s): 4:26-cv-01424-SRC

**Caption For Case Number: 26-2827**

Congressman Robert Onder; Richard Ray Brattin; Patricia Thomas; Debra Havens

Plaintiffs - Appellants

v.

State of Missouri; Denny L. Hoskins, in his official capacity as Missouri Secretary of State

Defendants - Appellees

Richard Von Glahn; People Not Politicians

Intervenors - Appellees

**Addresses For Case Participants: 26-2827**

Marc Henry Ellinger
ELLINGER & BELL
Suite 300
308 E. High Street
Jefferson City, MO 65101

Alexander C. Barrett
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101

Greta M. Bax
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101

Stephanie S. Bell
ELLINGER & BELL
Suite 300
308 E. High Street
Jefferson City, MO 65101

Cole David Bradbury
ELLINGER & BELL
Suite 300
308 E. High Street
Jefferson City, MO 65101

Louis Joseph Capozzi III
ATTORNEY GENERAL'S OFFICE
Suite 200
815 Olive Street
Saint Louis, MO 63101

Clerk, U.S. District Court, Eastern District of Missouri
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO 63102-0000

Alixandra S. Cossette
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101

Charles W. Hatfield
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101

Graham D. Miller
ATTORNEY GENERAL'S OFFICE
Suite 200
815 Olive Street
Saint Louis, MO 63101

John Michael Patton
ATTORNEY GENERAL'S OFFICE
Suite 401
615 E. 13th Street
Kansas City, MO 64106

Jeremy A. Root
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101

William James Seidleck
ATTORNEY GENERAL'S OFFICE
Suite 200
815 Olive Street
Saint Louis, MO 63101