**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No. 26-2797

---

Congressman Robert Onder; Richard Ray Brattin; Patricia Thomas; Debra Havens

Plaintiffs - Appellees

v.

State of Missouri; Denny L. Hoskins, in his official capacity as Missouri Secretary of State

Defendants - Appellees

Richard Von Glahn; People Not Politicians

Intervenors - Appellants

------------------------------

Missouri Association of County Clerks and Election Authorities; Jake Maggard; Gregg Lombardi; Campaign Legal Center; American Civil Liberties Union of Missouri Foundation; American Civil Liberties Union Foundation; One Hundred Ten Missouri Voters

Amici on Behalf of Appellant(s)

Club for Growth

Amicus on Behalf of Appellee(s)

---

No. 26-2827

---

Congressman Robert Onder; Richard Ray Brattin; Patricia Thomas; Debra Havens

Plaintiffs - Appellants

v.

State of Missouri; Denny L. Hoskins, in his official capacity as Missouri Secretary of State

Defendants - Appellees

Richard Von Glahn; People Not Politicians

Intervenors - Appellees

------------------------------

Club for Growth

Amicus on Behalf of Appellant(s)

American Civil Liberties Union Foundation; American Civil Liberties Union of Missouri Foundation; Campaign Legal Center; One Hundred Ten Missouri Voters

Amici on Behalf of Appellee(s)

---

Appeals from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:26-cv-01424-SRC)

---

**JUDGMENT**

Before LOKEN, STRAS, and JUSTIN D. SMITH, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed and remanded to the district court for proceedings consistent with the opinion of this court. The mandate shall issue forthwith.

September 21, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

________________________________________

/s/ Susan E. Bindler