**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CONGRESSMAN ROBERT "BOB" ONDER, *et al.*, | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 4:26-cv-01424-SRC |
| v. | ) | |
| STATE OF MISSOURI, *et al.*, | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** Cole D. Bradbury and enters his appearance as counsel on behalf of Plaintiffs in the above-captioned cause of action. Please direct all future notices, correspondence, and orders to the undersigned counsel.

Respectfully submitted,

**ELLINGER BELL LLC**

By: */s/ Cole D. Bradbury*

Marc H. Ellinger, #40828
Stephanie S. Bell, #61855
Cole D. Bradbury, #62760
308 East High Street, Suite 300
Jefferson City, MO 65101
Telephone: (573) 750-4100
Facsimile: (314) 334-0450
E-mail: mellinger@ellingerlaw.com
E-mail: sbell@ellingerlaw.com
E-mail: cbradbury@ellingerlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served via the Court's electronic filing system on September 21, 2026 on all parties of record.

*/s/ Cole D. Bradbury*