**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-2797

Congressman Robert Onder, et al.

Appellees

v.

State of Missouri and Denny L. Hoskins, in his official capacity as Missouri Secretary of State

Appellees

Richard Von Glahn and People Not Politicians

Appellants

------------------------------

Missouri Association of County Clerks and Election Authorities, et al.

Amici on Behalf of Appellant(s)

Club for Growth

Amicus on Behalf of Appellee(s)

No. 26-2827

Congressman Robert Onder, et al.

Appellants

v.

State of Missouri, et al.

Appellees

------------------------------

Club for Growth

Amicus on Behalf of Appellant(s)

American Civil Liberties Union Foundation, et al.

Amici on Behalf of Appellee(s)

---

Appeals from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:26-cv-01424-SRC)

---

**MANDATE**

In accordance with the opinion and judgment of September 21, 2026, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 21, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit