UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CONGRESSMAN ROBERT "BOB" ONDER et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 4:26-cv-01424-SRC |
| STATE OF MISSOURI and DENNY HOSKINS, | ) | |
| Defendants. | ) | |

**Amended Permanent Injunction**

On September 21, 2026, the Eighth Circuit issued its disposition in *Onder v. von Glahn*, No. 26-2797 (8th Cir. Sep. 21, 2026). In accord with the Eighth Circuit's order, the Court enters a permanent injunction prohibiting Secretary of State Hoskins—as well as Secretary Hoskins's officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with Secretary of State Hoskins or his officers, agents, servants, employees, or attorneys—from implementing, using, publishing, distributing, or mandating the use of any congressional district map other than the 2025 map for the November 3, 2026, general election. In further accord with the Eighth Circuit's order, to allow for appellate review, the Court administratively stays its permanent injunction until the earlier of September 28, 2026, at 5 p.m. Central Daylight Time, or the issuance of rulings from superior federal appellate courts affecting the timing and efficacy of this permanent injunction.

So ordered this 22nd day of September 2026.

STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE