**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-2797

Congressman Robert Onder, et al.

Appellees

v.

State of Missouri and Denny L. Hoskins, in his official capacity as Missouri Secretary of State

Appellees

Richard Von Glahn and People Not Politicians

Appellants

------------------------------

Missouri Association of County Clerks and Election Authorities, et al.

Amici on Behalf of Appellant(s)

Club for Growth

Amicus on Behalf of Appellee(s)

No. 26-2827

Congressman Robert Onder, et al.

Appellants

v.

State of Missouri, et al.

Appellees

------------------------------

Club for Growth

Amicus on Behalf of Appellant(s)

American Civil Liberties Union Foundation, et al.

Amici on Behalf of Appellee(s)

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:26-cv-01424-SRC)

**ORDER**

The emergency motion to recall the mandate and for stay of this court's order is denied.

September 22, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler